FILED

04/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0609

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 20-0609

ARIANE WITTMAN and JEREMY
TAYLEN,

                    Plaintiffs/Appellants,

   -vs-

CITY OF BILLINGS,

                    Defendant/Appellee.

**GRANT OF EXTENSION OF
TIME TO FILE APPELLEE'S
ANSWER BRIEF**

Appellee has filed an Unopposed Motion for Extension of Time to and including June 1, 2021, within which to file Appellee's Answer Brief. Appellee's counsel has represented to the Court that Appellants' counsel has been contacted and does not object to this Motion.

The extension of time that Appellee has through and including June 1, 2021, within which to file the Appellee's Answer Brief, is hereby GRANTED.

**DATED** this ____ day of April, 2021.

_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 1 2021